United States District Court
Southern District of Texas
**ENTERED**
August 10, 2022
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>August 10, 2022</u>
COURT REPORTER:
MORNING:_____    AFTERNOON:   _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO 4:21cv1609

Maruja Andeme Elo,

      Plaintiff

vs

I.Q. Data International, Inc.

      Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MINUTE ENTRY ORDER:

<u>The Court previously held a Status Conference on June 2, 2022. The Court stated at the Conference that it was tentatively denying Defendant's motion for summary judgment. (Dkt. No. 31; *see* Dkt. No. 23.) After a thorough review of the motion, arguments, and relevant law, and for the reasons stated at the June 2 Conference, the Court DENIES Defendant's motion for summary judgment. (Dkt. No. 23.) Plaintiff testified at her deposition that she had to purchase and take blood pressure pills to deal with the emotional distress allegedly caused by Defendant. Although it is arguably weak evidence for finding that Plaintiff suffered a concrete injury, this testimony does create a genuine dispute of material fact as to whether Plaintiff suffered a concrete injury and therefore it is for a jury to decide.</u>

      SIGNED in Houston, Texas, this 10th  day of August, 2022.

                              _____
                              Sam Sheldon
                              United States Magistrate Judge